SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Amy A. Abeloff (SBN 306093)
aabeloff@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODELLO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  2:16-cv-3591<br><br>**DECLARATION OF ASHLIN QUIRK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332(A), 1367, 1441(A) AND 1446**<br><br>(Los Angeles Superior Court Case No. LC104141)<br><br>Complaint Filed:   May 4, 2016<br>Complaint Served: May 6, 2016 |

# DECLARATION OF ASHLIN QUIRK

I, Ashlin Quirk, declare as follows:

1. The following facts are true of my own personal knowledge, as to which I could competently testify. I submit this declaration in support of Defendant Survey Sampling International, LLC's ("SSI") Notice of Removal.

2. I am currently employed by SSI as its General Counsel. In this capacity, I am familiar with SSI's corporate structure and place of incorporation.

3. SSI is a limited liability company organized in the State of Delaware.

4. SSI's sole member is SSI Holdings, LLC, also a Delaware limited liability company. All of SSI Holdings, LLC's members are citizens of Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed this 23rd day of May 2016, at Shelton, Connecticut.

*[signature]*
Ashlin Quirk