SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Amy A. Abeloff (SBN 306093)
aabeloff@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODELLO, an individual, | Case No. 2:16-cv-3591 |
| Plaintiff, | **DECLARATION OF CHRIS FANNING IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332(A), 1367, 1441(A) AND 1446** |
| v. | |
| SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | (Los Angeles Superior Court Case No. LC104141) |
| Defendants. | Complaint Filed:    May 4, 2016<br>Complaint Served: May 6, 2016 |

# DECLARATION OF CHRIS FANNING

I, Chris Fanning, declare as follows:

1. I write this declaration in support of Defendant Survey Sampling International, LLC's ("SSI") Notice of Removal.

2. I am the President and CEO at SSI, where I have been employed since 2012. I am and have always been based in SSI's Shelton, Connecticut office.

3. Richard Odello ("Odello") first began working for SSI in October 2008, operating out of SSI's Los Angeles office.

4. Over the years, Odello steadily rose through SSI's ranks, increasing his influence at the Company and eventually assuming high-level management roles and responsibilities for SSI's national and international sales efforts.

5. At the time of his termination, Odello had been promoted again to "VP Sales -- West and South America."

6. As of May 2016, Odello: (a) controlled $40-$50 million in annual revenue; (b) oversaw six direct reports and fifteen indirect reports; (c) compensated with a six-figure salary; and (d) and commonly known within SSI as the "Lead of the West."

7. In order to fulfill his high-level responsibilities, SSI gave Odello access to its proprietary and confidential databases of client information, as well as trade secrets regarding client preferences and pricing information.

8. This confidential information includes, but is not limited to:

    (a) SSI's confidential pricing information, including margins, underlying product costs, and ability to offer discounts;

    (b) SSI's confidential national and international market strategies, including confidential target markets;

    (c) SSI's confidential business relationships, including areas of sensitivity and potential exposure;

    (d) SSI's product capabilities and limitations; and

(e) SSI employee salary information, including bonus plans, all of which is kept highly confidential.

9. SSI has taken extensive measures to protect its trade secret, confidential, and proprietary information through the implementation of specific policies and practices.

10. The value to SSI (and its competitors) of the trade secret and confidential information known to Odello far exceeds $75,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed this 20th day of May 2016, at Westport, Connecticut.

_____
Chris Fanning