1  SEYFARTH SHAW LLP
   Robert B. Milligan (SBN 217348)
2  rmilligan@seyfarth.com
   D. Joshua Salinas (SBN 282065)
3  jsalinas@seyfarth.com
   Amy A. Abeloff (SBN 306093)
4  aabeloff@seyfarth.com
   2029 Century Park East, Suite 3500
5  Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
6  Facsimile:  (310) 201-5219

7  Attorneys for Defendant
   SURVEY SAMPLING INTERNATIONAL, LLC

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

13 | RICHARD ODELLO, an individual,                  | Case No. 2:16-cv-3591
14 |     Plaintiff,                                  | **DECLARATION OF CHRISTINE CAFFERTY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332(A), 1367, 1441(A) AND 1446**
15 | v.                                              |
16 | SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | (Los Angeles Superior Court Case No. LC104141)
17 |                                                 |
18 |     Defendants.                                  | Complaint Filed:  May 4, 2016
19 |                                                 | Complaint Served: May 6, 2016

# DECLARATION OF CHRISTINE CAFFERTY

I, Christine Cafferty, declare as follows:

1. The following facts are true of my own personal knowledge, as to which I could competently testify. I submit this declaration in support of Defendant Survey Sampling International, LLC's ("SSI") Notice of Removal.

2. SSI is organized in the State of Delaware.

3. SSI's corporate headquarters is located at 6 Research Drive, Shelton, Connecticut 06484.

4. I am the Director of Human Resources at SSI where I have been employed since 2007. I am and always have been based in SSI's Shelton, Connecticut office.

5. Richard Odello ("Odello") began working for SSI in January 2008 as a "Panel Consultant," operating out of SSI's Los Angeles Office.

6. Prior to joining SSI, Odello had no experience in the survey research industry.

7. As a condition of his employment with SSI, Odello executed a Confidentiality and Noncompetition Agreement.

8. In October 2008, Odello was promoted to "Account Executive."

9. In April 2009, Odello was promoted to "Account Manager."

10. In January 2011, Odello was promoted to "Regional Manager, Business Development."

11. In October 2011, Odello had a title change to "Business Development Consultant."

12. In January 2012, Odello was promoted to "Senior Account Executive Leader/Director, Sales."

13. In 2013, Odello was promoted to "Vice President of Sales."

14. Attached hereto as Exhibit A is a true and correct copy of Mr. Odello's 2013 Compensation Summary, executed by Mr. Odello on or about March 6, 2013. Attached hereto as Exhibit B is a true and correct copy of the Confidentiality and Restrictive

Covenants Agreement (the "Agreement"), executed by Mr. Odello on or about March 6, 2013.

15. In 2008, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $37,267.40.

16. In 2009, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $50,399.88.

17. In 2010, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $100,760.06.

18. In 2011, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $114,015.44.

19. In 2012, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $173,408.39.

20. In 2013, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $267,515.39.

21. In 2014, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $206,830.82.

22. In 2015, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $235,100.51.

23. In 2016, through his termination date, Mr. Odello's total compensation, including base salary, bonus, commissions, or other compensation, totaled $123,056.98.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed this 20th day of May 2016, at Shelton, Connecticut.

_____
Christine Cafferty

DECLARATION OF CHRISTINE CAFFERTY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL.
27060602v.1