EXHIBIT A



Survey Sampling International

February 20, 2013

## 2013 Compensation Summary

| Employee Name | Richard Odello |
|---|---|
| 2013 Role | Vice President, Sales |
| Supervisor | Tom Johnson |
| 2012 Discretionary Bonus Payout Bonuses to be paid in March 2013* | n/a |
| 2012 Total Bonus Payout (include any discretionary bonus above) | n/a |
| 2013 Merit Increase %* | n/a |
| 2013 Merit Increase Effective Date* | April 1, 2013 |
| New Base Salary* | $85,000 |
| 2013 Bonus Plan | Account Executive Commission Plan - North America |
| 2013 Bonus Opportunity | $100,000 |

\* The 2012 discretionary bonus and the 2013 merit increase are discretionary and the Company is not obligated or required to provide the additional compensation. To be eligible, you must sign SSI's Confidentiality and Restrictive Covenant Agreement included with this letter. If you do not execute the Confidentiality and Restrictive Covenant Agreement, you will not receive the additional compensation.

The information contained in this letter is confidential and should not be shared with any other SSI employee(s).

This letter and the information contained are subject to the terms of the applicable SSI plans and programs and are subject to change by SSI at any time, with or without notice. Please refer to the applicable SSI plans and programs for complete details. This document does not change your status as an at-will employee.

I acknowledge that I have received the summary set forth herein.

R. Odello    3/6/2013
Richard Odello    Date

\*\* This letter and the Confidentiality & Restrictive Covenant agreement must be signed and returned to Human Resources for any bonus or merit increases to be paid no later than <u>Monday, March 4, 2013</u>. For employees outside of Shelton, please fax to 203-583-4720 or scan and email to Christine Cafferty. \*\*

6 Research Drive • Shelton, CT 06484 USA • +1 203 567 7200 • info@surveysampling.com • surveysampling.com



EXHIBIT A
5