SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Amy A. Abeloff (SBN 306093)
aabeloff@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODELLO, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-03591-MWF-SK<br><br>*[Assigned to the Hon. Michael W. Fitzgerald]*<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER, OR TO STAY**<br><br>Date:　　July 18, 2016<br>Time:　　10:00 a.m.<br>Crtrm:　　1600 - 16th Floor<br>Judge:　　Hon. Michael W. Fitzgerald<br><br>Complaint Filed:　　May 4, 2016 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 18, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 1600 - 16th Floor, of the above-entitled Court, located at 312 N Spring St, Los Angeles, CA 90012, Defendant Survey Sampling International, LLC ("SSI"), will move and hereby does move to dismiss Plaintiff Richard Odello's ("Plaintiff") Complaint, or to transfer the instant action to Connecticut, or to stay this action.

SSI moves this Court to enforce the mandatory Connecticut forum selection clause contained in the agreement from which Plaintiff's declaratory judgment action arises. Such forum selection clauses are *prima facie* valid, and courts routinely enforce them to transfer actions brought by former employees seeking relief related to agreements containing such clauses. *See Atlantic Marine Const. Co., Inc. v. U.S. Dist. Court for W. Dist. of Texas*, 134 S. Ct. 568, 579 (2013) ("enforcement of valid forum-selection clauses, bargained for by the parties, protects their legitimate expectations and furthers vital interests of the justice system … a valid forum-selection clause [should be] given controlling weight in all but the most exceptional cases."). Plaintiff cannot demonstrate any legally justifiable basis to avoid dismissal or transfer. Accordingly, this Court should dismiss this action or transfer it to the appropriate venue in Connecticut.

Alternatively, this Court should decline jurisdiction over this case pursuant to the Declaratory Judgment Act and the *Brillhart* doctrine, in favor of the parallel, pending Connecticut action between the parties. This Court should also dismiss Plaintiffs' Business and Professions Code section 17200 claim because Plaintiffs fail to sufficiently allege an injury in fact.

This motion is based on this notice of motion and motion; the accompanying memorandum of points and authorities in support thereof; the Declarations of Christine Cafferty, Chris Fanning, Mary Rusterholz, Dawn Mertineit, Robert Milligan; the Request for Judicial Notice; and any other papers on file herein, and upon such other and further

1  oral and written information as may be presented at or before the hearing on this motion.
2  This motion is made following the conference of counsel pursuant to L.R. 7-3, which
3  took place on May 19, 2016 and May 27, 2016.

5  DATED:  May 31, 2016                     Respectfully submitted,

              SEYFARTH SHAW LLP


              By:   /s/ Robert B. Milligan
                    Robert B. Milligan
                    D. Joshua Salinas
                    Amy A. Abeloff
                    Attorneys for Defendant
                    SURVEY SAMPLING
                    INTERNATIONAL, LLC