1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| RICHARD ODELLO, an individual, | Case No. 2:16-cv-03591-MWF-SK |
| Plaintiff, | *[Assigned to the Hon. Michael W. Fitzgerald]* |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER, OR TO STAY** |
| SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | Date:      July 18, 2016<br>Time:      10:00 a.m.<br>Crtrm:    1600 - 16th Floor<br>Judge:     Hon. Michael W. Fitzgerald |
| | Complaint Filed:     May 4, 2016 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

27158181v.1

Defendant Survey Sampling International, LLC's ("SSI") Motion to Dismiss or, in the Alternative, to Transfer, or to Stay (the "Motion") came on regularly for hearing before this Court on July 18, 2016. Having read and considered the motion, any papers in opposition, and the points and authorities filed by the parties, having heard argument of counsel, and for good cause appearing, SSI's Motion is **GRANTED** as follows:

**IT IS ORDERED THAT:**

1.     SSI's Motion to Dismiss this case pursuant to 28 U.S.C. §1404(a) and the mandatory Connecticut forum selection clause is GRANTED. This case is hereby dismissed.

Alternatively,

**IT IS ORDERED THAT:**

3.     SSI's Motion to Transfer this case pursuant to 28 U.S.C. §1404(a) and the mandatory Connecticut forum selection clause is GRANTED. This case is hereby transferred to the United States District Court for the District of Connecticut.

Alternatively,

**IT IS ORDERED THAT:**

5.     SSI's Motion to Dismiss Plaintiff's first and second causes of action for declaratory and injunctive relief is GRANTED. This Court declines to exercise jurisdiction over this case pursuant to the Declaratory Judgment Act and the *Brillhart* doctrine. Plaintiff's first and second causes of action for declaratory and injunctive relief are dismissed.

Alternatively,

**IT IS ORDERED THAT:**

6.     SSI's Motion to Dismiss Plaintiff's third cause of action for violation of Business and Professions Code section 17200 pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED. Plaintiff fails to sufficiently allege an injury in fact. Plaintiff's third cause of action for violation of Business and Professions Code section 17200 is dismissed.

2

1    Alternatively,

2        **IT IS ORDERED THAT:**

3        7.      SSI's Motion to Stay is GRANTED. This case is hereby is stayed in its entirety

4   pending completion of the currently pending case *Survey Sampling International, LLC v.*

5   *Richard Odello*, District of Connecticut, Case No. 3:16-cv-00730-JCH. The stay includes the

6   completion of any appellate proceedings in the aforementioned Connecticut action.

7        **IT IS SO ORDERED.**

8

9   DATED:_____          _____

10                                              Hon. Michael W. Fitzgerald
                                                United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER, OR TO STAY

27158181v.1