SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Amy A. Abeloff (SBN 306093)
aabeloff@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODELLO, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:16-cv-03591-MWF-SK<br><br>*[Assigned To The Hon. Michael W. Fitzgerald]*<br><br>**DECLARATION OF CHRIS FANNING IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>Date:   July 18, 2016<br>Time:   10:00 A.M.<br>Crtrm:  1600 - 16th Floor<br>Judge:  Hon. Michael W. Fitzgerald<br><br>Complaint Filed:   May 4, 2016 |

DECLARATION OF CHRIS FANNING

27071741v.1

## DECLARATION OF CHRIS FANNING

I, Chris Fanning, declare as follows:

1. I am the President and CEO at Survey Sampling International, LLC ("SSI"), where I have been employed since 2012. I am and have always been based in SSI's Shelton, Connecticut office. The following facts are true of my own personal knowledge, as to which I could competently testify. I submit this declaration in support of SSI's Motion to Dismiss, Transfer, or Stay.

2. SSI is the premier global provider of data solutions and technology for consumer and business-to-business survey research.

3. With its world headquarters based in Shelton, Connecticut, SSI's 3,600+ employees operate out of 30 offices in 21 different countries.

4. Since its inception, SSI has generated surveys that have reached respondents in 100+ countries via Internet, telephone, mobile/wireless and mixed-access offerings.

5. As a result of SSI's strong reputation, training, and marketing efforts, it has forged long-term relationships with over 2,500 clients across the globe.

6. These relationships are based on confidence in the quality of the services offered and an increased recognition of, and familiarity with, SSI as a provider of quality services.

7. SSI's goodwill is critical to its success and includes repeat business with its established clients.

8. SSI's goodwill is also the result of extensive advertising and well-deserved reputation for guarding the confidentiality of the information that it has gathered, analyzed, and developed over the period of its many years of existence.

9. Because this goodwill and confidential information is so important to its business, SSI has made extensive efforts to protect these assets and has

1 implemented specific policies and practices established to protect its confidential information.

10. In addition to the identity of its many clients, SSI has extensive files on its clients' preferences, needs, and particular requirements.

11. This information is not available to the public and is considered a closely-guarded trade secret by SSI.

12. Only authorized employees are given access to such information.

13. Through the use of its confidential information and goodwill, SSI has been able to develop the trade and the patronage of its clients.

14. Over the years, Richard Odello steadily rose through SSI's ranks, increasing his influence at the company and eventually assuming high-level management roles and responsibilities for SSI's national and international sales efforts.

15. In his VP of Sales role, Mr. Odello serviced SSI clients all across the United States, including clients in: Texas, New Mexico, Utah, Colorado, Arizona, Oregon, Montana, Nevada, Washington, California, and Virginia/Washington D.C.

16. Mr. Odello's responsibilities extended outside of the United States as well, including: (a) he directly oversaw SSI clients and SSI employees based in Mexico and Brazil; (b) he worked closely with numerous SSI project managers and managing directors located in territories overseas, including India, China, and the Philippines; and (c) he co-managed one of SSI's largest clients with SSI's manager for the United Kingdom.

17. Respected as a top performer and key member of SSI's upper-management, Mr. Odello also oversaw several critical, company-wide initiatives.

18. In January 2016, Mr. Odello served as a primary point person for one of SSI's high-profile mergers, where he directly supervised the onboarding over one-hundred (100) new SSI employees.

DECLARATION OF CHRIS FANNING

27071741v.1

19. As of May 2016, Mr. Odello: (a) controlled $40-$50 million in annual revenue; (b) oversaw six direct reports and fifteen indirect reports; (c) was compensated with a six-figure salary; and (d) commonly known within SSI as the "Lead of the West."

20. Mr. Odello ultimately became a well-known figure throughout virtually all of SSI's global offices.

21. By the time Mr. Odello departed SSI, he was a critical member of SSI's upper-management, with direct involvement in a wide variety of SSI initiatives and efforts across the United States and abroad.

22. In conjunction with his steady promotions and central role in SSI's national/international sales, it was necessary for Mr. Odello to work regularly with a variety of individuals based out of SSI's world headquarters in Shelton, Connecticut, including:

    (a) Routine trips to Connecticut (six times since January 2015) to attend high-level, management meetings and to receive continued training, including, but not limited to, attendance at SSI's three-day global sales kick-off meeting in January 2016 and SSI's two-day sales leadership team meeting in April 2016, both of which were only attended by SSI's most senior sales people;

    (b) Regular interactions with myself concerning a variety of company-wide initiatives and strategies, both nationally and internationally;

    (c) Regular interactions with SSI's General Counsel (based in Connecticut) and Human Resources Director (also based in Connecticut) concerning various topics, including, but not limited to, employee performance and compensation matters, as well as client contract negotiations;

  (d) Regular interactions with SSI's Talent Acquisition Associate (based in Connecticut) on recruitment initiatives;

  (e) Regular interactions with Chief Financial Officer and SSI's VP Business Planning and Financial Analysis (both located in Shelton) to discuss client pricing models and rebates;

  (f) All of Mr. Odello's interactions with SSI's Finance Department and IT Engineering Department, took place with individuals in Connecticut because each department was based solely in SSI's headquarters in Shelton;

  (g) Through and including at least January 28, 2016, all of Mr. Odello's interactions with the Marketing Department took place with individuals in Connecticut because each department was based solely in SSI's headquarters in Shelton; and

  (h) Since 2013, Mr. Odello's direct supervisor was always located in Connecticut.

23. In addition to the foregoing contacts to Connecticut, Mr. Odello was responsible, either directly or through his sales teams, for certain clients with operations in Connecticut, including Millward Brown (whose Connecticut-based employees Mr. Odello interacted with as part of his responsibilities), Brooklawn Strategies (located in Southport, Connecticut), and Acturus (whose corporate headquarters are located in Farmington, Connecticut).

24. In order to fulfill his high-level responsibilities, SSI gave Mr. Odello access to its proprietary and confidential databases of client information, as well as trade secrets regarding client preferences and pricing information.

25. This confidential information includes, but is not limited to:

  (a) SSI's confidential pricing information, including margins, underlying product costs, and ability to offer discounts;

  (b) SSI's confidential national and international market strategies, including confidential target markets;

  (c) SSI's confidential business relationships, including areas of sensitivity and potential exposure;

  (d) SSI's product capabilities and limitations; and

  (e) SSI employee salary information, including bonus plans, all of which is kept highly confidential.

26. In order to protect the proprietary and confidential nature of this information, SSI closely limits access via password protected systems, non-disclosure agreements, confidentially provisions, and annual training programs.

27. Lucid, LLC ("Lucid") is a direct competitor of SSI.

28. Lucid was previously known as Federated Sample, LLC ("Federated").

29. In August 2015, Federated rebranded itself as Lucid.

30. Just like SSI, Lucid (and Federated before it) is involved in the highly competitive business of market research (i.e. people answering survey questions), with offices located both in the United States and abroad.

31. Lucid and SSI compete for business from many of the same clients and prospective clients across the globe.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed this **23rd.** day of May 2016, at **Westport, CT.**

_____
Chris Fanning