SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Amy A. Abeloff (SBN 306093)
aabeloff@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODELLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-03591-MWF-SK<br><br>*[Assigned To The Hon. Michael W. Fitzgerald]*<br><br>**DECLARATION OF CHRISTINE CAFFERTY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>Date:    July 18, 2016<br>Time:   10:00 A.M.<br>Crtrm:  1600 - 16th Floor<br>Judge:  Hon. Michael W. Fitzgerald<br><br>Complaint Filed:    May 4, 2016 |

DECLARATION OF CHRISTINE CAFFERTY

27182736v.1

## DECLARATION OF CHRISTINE CAFFERTY

I, Christine Cafferty, declare as follows:

1. I am the Director of Human Resources at Survey Sampling International, LLC ("SSI"), where I have been employed since 2007. I am and have always been based in SSI's Shelton, Connecticut office. The following facts are true of my own personal knowledge, as to which I could competently testify. I submit this declaration in support of SSI's Motion to Dismiss, Transfer, or Stay.

2. My responsibilities as the Director of Human Resources include oversight of SSI's various human resources functions such as training, development, recruiting or employee relations, employee performance evaluation, and compensation. I also assist with the administration of company policies and guidelines, including agreements, procedures, and policies to protect SSI's trade secret and confidential information.

3. Richard Odello ("Mr. Odello") began working for SSI in January 2008 as an "Panel Consultant," operating out of SSI's Los Angeles office.

4. As a condition of his employment with SSI in 2008, Mr. Odello executed a Confidentiality and Noncompetition Agreement.

5. Mr. Odello signed a subsequent agreement on or about March 6, 2013. Attached hereto is **Exhibit A** is a true and correct copy of the Confidentiality and Restrictive Covenants Agreement (the "Agreement"), executed by Mr. Odello on or about March 6, 2013.

6. Mr. Odello scanned the Agreement and emailed it to me at my Shelton, Connecticut office on or about March 7, 2013. When I received it, I signed the Agreement on behalf of SSI from my office in Shelton.

7. Mr. Odello's employment with SSI was terminated on May 6, 2016.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1    I declare under penalty of perjury under the laws of the United States of
2    America that the foregoing is true and correct and was executed this 20th day of
3    May 2016, at Shelton, Connecticut.

_____
Christine Cafferty

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

18298665v.1

DECLARATION OF CHRISTINE CAFFERTY