| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Robert B. Milligan (SBN 217348) |
| 2 | rmilligan@seyfarth.com |
| | D. Joshua Salinas (SBN 282065) |
| 3 | jsalinas@seyfarth.com |
| | Amy A. Abeloff (SBN 306093) |
| 4 | aabeloff@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 5 | Los Angeles, California 90067-3021 |
| | Telephone:   (310) 277-7200 |
| 6 | Facsimile:    (310) 201-5219 |

Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODELLO, an individual, | Case No. 2:16-cv-03591-MWF-SK |
| Plaintiff, | *[Assigned to the Hon. Michael W. Fitzgerald]* |
| v. | **DECLARATION OF ROBERT MILLIGAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER, OR STAY** |
| SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | Date:    July 18, 2016<br>Time:    10:00 a.m.<br>Crtrm:   1600 - 16th Floor<br>Judge:   Hon. Michael W. Fitzgerald |
| | Complaint Filed:   May 4, 2016 |

DECLARATION OF ROBERT B. MILLIGAN

18298665v.1

## DECLARATION OF ROBERT B. MILLIGAN

I, Robert B. Milligan, declare as follows:

1. I am a partner in the law firm Seyfarth Shaw LLP, which represents the defendant Survey Sampling International, LLC ("SSI") in this litigation. The following facts are true of my own personal knowledge, as to which I could competently testify. I submit this declaration in support of SSI's Motion to Dismiss or, in the Alternative to Transfer, or to Stay.

2. Seyfarth Shaw LLP also represents SSI in a lawsuit that it filed against Richard Odello ("Odello" or "Plantiff"), the plaintiff in the instant action, in the United States District Court for the District of Connecticut, *Survey Sampling International, LLC v. Richard Odello*, Civil Action No. 3:16-cv-00730-JCH (the "D. Conn. Action"). I am admitted *pro hac vice* in the D. Conn. Action on SSI's behalf.

3. Attached as **Exhibit A** to SSI's concurrently filed Request for Judicial Notice is a true and correct copy of SSI's Complaint filed against Odello in the D. Conn. Action.

4. On May 19, 2016, I attended a telephonic status conference in the D. Conn. Action to discuss SSI's request for injunctive relief in the D. Conn. Action. I participated in this status conference along with attorneys Dawn Mertineit and Eric Barton, also of Seyfarth Shaw LLP, and James E. Nealon of Withers Bergman, LLP, all of whom represent SSI in the D. Conn. Action. Also participating in the status conference, on behalf of Odello, were attorneys Glenn A. Duhl and Michael P. McGoldrick, both of Siegel, O'Connor, O'Donnell & Beck, P.C., and Ron S. Brand of Jackson Tidus, who I understand represents Odello in the instant action.

5. Attached as **Exhibit B** to SSI's concurrently filed Request for Judicial Notice is a true and correct copy of relevant portions of the court

reporter's transcript for the parties' May 19, 2016 telephonic status conference in the D. Conn. Action.

6. On May 19, 2016 and May 27, 2016, I met and conferred with Plaintiff's counsel under Local Rule 7-3 regarding the instant motion.

7. On May 27, 2016, Odello filed a Motion to Dismiss or Transfer in the D. Conn. Action. Attached as **Exhibit C** to SSI's concurrently filed Request for Judicial Notice is a true and correct copy of relevant portions of Odello's Memorandum of Points and Authorities in Support of his Motion to Transfer.

8. Attached as **Exhibit D** to SSI's concurrently filed Request for Judicial Notice is a true and correct copy of the Court Docket from the D. Conn. Action as of May 31, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed this 31st day of May 2016, at Los Angeles, California.

_____
Robert B. Milligan