SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Amy A. Abeloff (SBN 306093)
aabeloff@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODELLO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-03591-MWF-SK<br><br>*[Assigned To The Hon. Michael W. Fitzgerald]*<br><br>**DECLARATION OF MARY RUSTERHOLZ IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>Date:　　July 18, 2016<br>Time:　　10:00 A.M.<br>Crtrm:　　1600 - 16th Floor<br>Judge:　　Hon. Michael W. Fitzgerald<br><br>Complaint Filed:   May 4, 2016 |

DECLARATION OF MARY RUSTERHOLZ

27182422v.1

## DECLARATION OF MARY RUSTERHOLZ

I, Mary Rusterholz, declare as follows:

1. I am the Chief Human Resources Officer at Survey Sampling International, LLC ("SSI"). I have held that position since 2012. The following facts are true of my own personal knowledge, as to which I could competently testify. I submit this declaration in support of SSI's Motion to Dismiss, Transfer, or Stay.

2. My responsibilities as the Chief Human Resources Officer include oversight of SSI's various human resources functions such as training, development, recruiting or employee relations, employee performance evaluation, and compensation.

3. On May 2, 2016, Richard Odello ("Mr. Odello") advised SSI that he would be resigning from the company effective May 6, 2016.

4. On May 3, 2016, I sent Mr. Odello an email correspondence stating that SSI would pay Mr. Odello through May 6, 2016. Attached hereto as **Exhibit A** is a true and correct copy of my May 3, 2016 email correspondence to Mr. Odello.

5. Mr. Odello's employment with SSI was terminated on May 6, 2016.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DECLARATION OF MARY RUSTERHOLZ

18298665v.1

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct and was executed this 27th day of
3  May 2016, at __4:02 pm EST__.

_____
Mary Rusterholz

18298665v.1

DECLARATION OF MARY RUSTERHOLZ