# EXHIBIT A

From: **Mary Rusterholz** <Mary.Rusterholz@surveysampling.com>
Date: Tuesday, May 3, 2016
Subject: Odello Resignation Letter
To: Ricky Odello <ricky.odello@gmail.com>

Ricky,

Attached is your non-compete. I would encourage you to review and be aware of section 7 which outlines the terms of the non-solicit for customers, partners, employees.

I know you have spoken to Jim and we have shut down your phone and computer. I would ask that you ship it to Troy at 3300 N Ashton Blvd, Suite 350, Lehi, UT 84043.

We will pay you through Friday so you will receive that pay along with your earned but unused vacation.

I wish you all the best in the future and please do not hesitate to reach out with any questions or concerns.

Best always,

Mary Rusterholz
Chief Human Resources Officer

1



EXHIBIT A
4

SSI
6 Research Drive
Shelton CT 06484
United States
Tel: 203.567.7354
Mobile: +1.203.231.4781
Fax: +1.203.583.4720





How do you build a successful B2B research strategy? Find out during our next webinar. Register now.

2

5