SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Amy A. Abeloff (SBN 306093)
aabeloff@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHARD ODELLO, an individual,

Plaintiff,

v.

SURVEY SAMPLING INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:16-cv-03591-MWF-SK

*[Assigned to the Hon. Michael W. Fitzgerald]*

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER, OR TO STAY**

Date: July 18, 2016
Time: 10:00 a.m.
Crtrm: 1600 - 16th Floor
Judge: Hon. Michael W. Fitzgerald

Complaint Filed: May 4, 2016

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that on July 18, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 1600 - 16th Floor, of the above-entitled Court, located at 312 N Spring St, Los Angeles, CA 90012, in connection with its Motion to Dismiss or, in the Alternative, to Transfer, or to Stay, Defendant Survey Sampling International, LLC ("SSI"), will and hereby does request the Court to take judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

1. SSI's Complaint and corresponding Exhibit A, filed on May 13, 2016, in "*Survey Sampling International, LLC v. Odello,*" United States District Court for the District of Connecticut, Case No. 3:15-cv-00730-JCH, a true and correct copy of which is attached hereto as **Exhibit A**.

2. Relevant Portions of the court reporter's transcript for the parties' May 19, 2016 telephonic status conference, in "*Survey Sampling International, LLC v. Odello,*" United States District Court for the District of Connecticut, Case No. 3:15-cv-00730-JCH, true and correct copies of which are attached hereto as **Exhibit B**.

3. Relevant Portions of Richard Odello's Memorandum of Points and Authorities in Support of his Motion to Dismiss or Transfer, in "*Survey Sampling International, LLC v. Odello,*" United States District Court for the District of Connecticut, Case No. 3:15-cv-00730-JCH, true and correct copies of which are attached hereto as **Exhibit C**.

4. The docket for "*Survey Sampling International, LLC v. Odello,*" United States District Court for the District of Connecticut, Case No. 3:15-cv-00730-JCH, as of May 31, 2016, available on the PACER system, a true and correct copy of which is attached hereto as **Exhibit D**.

Courts may take judicial notice of court filings and other matters of public record. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir. 2006); *Allen v. City of Los Angeles*, 92 F.3d 842, 850 (9th Cir. 1992) (federal courts may take judicial notice of proceedings in other courts, both within and without the federal judicial system, if those

proceedings have a direct relation to matters at issue) (overruled on other grounds); *Bryant v. Carleson*, 444 F.2d 353, 357 (9th Cir. 1971) (court took judicial notice of proceedings and filings in other courts).

Thus, this Court should take judicial notice of the above-listed documents.

DATED: May 31, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Robert B. Milligan
Robert B. Milligan
D. Joshua Salinas
Amy A. Abeloff
Attorneys for Defendant
SURVEY SAMPLING INTERNATIONAL, LLC