EXHIBIT D

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:16-cv-00730-JCH

Survey Sampling International, LLC v. Odello  
Assigned to: Judge Janet C. Hall  
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 05/13/2016  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

### Plaintiff

**Survey Sampling International, LLC**    represented by    **Dawn Mertineit**
Seyfarth Shaw LLP-Boston
2 Seaport Lane
Suite 300
Boston, MA 02210
(617) 946-4917
Fax: (617) 790-5344
Email: dmertineit@seyfarth.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Barton**
Seyfarth Shaw LLP
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309-3962
404-885-1500
Fax: 404-892-7056
Email: ebarton@seyfarth.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E. Nealon**
Withers Bergman, LLP
660 Steamboat Road
Greenwich, CT 06831
203-302-4100
Fax: 203-302-6611
Email: james.nealon@withersworldwide.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Milligan**
Seyfarth Shaw LLP
2029 Century Park East

Suite 3500
Los Angeles, CA 90067
310-277-7200
Fax: 310-201-5219
Email: rmilligan@seyfarth.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kellianne Baranowsky**
Withers Bergman, LLP
157 Church St., 12th Floor
New Haven, CT 06510
203-789-1320
Fax: 203-785-8127
Email: kellianne.baranowsky@withersworldwide.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Richard Odello**                         represented by   **Ron S. Brand**
Jackson Tidus, A Law Corporation
2030 Main St., 12th Floor
Irvine, CA 92614
949-851-7656
Fax: 949-752-0597
Email: rbrand@jacksontidus.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn A. Duhl**
Siegel, O'Connor, O'Donnell & Beck, P.C.
150 Trumbull St.
Hartford, CT 06103
860-727-8900
Fax: 860-527-5131
Email: gduhl@siegeloconnor.com
*ATTORNEY TO BE NOTICED*

**Michael P. McGoldrick**
Siegel, O'Connor, O'Donnell & Beck P.C.
150 Trumbull St.
Hartford, CT 06103
860-727-8900
Fax: 860-5275131
Email: mmcgoldrick@siegeloconnor.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2016 | 1 | Emergency MOTION for Temporary Restraining Order by Survey Sampling International, LLC. (Attachments: # 1 Text of Proposed Order for TRO, # 2 Text of Proposed Order for Preliminary Injunction, # 3 Memorandum in Support of Motion for TRO and Preliminary Injunction, # 4 Affidavit of Christine Cafferty and Exhibits, # 5 Affidavit of Jim Daxner, # 6 Affidavit of Chris Fanning and Exhibits, # 7 Affidavit of Mary Rusterholz and Exhibits)(Nealon, James) (Entered: 05/13/2016) |
| 05/13/2016 | 2 | COMPLAINT against Richard Odello ( Filing fee $400 receipt number 0205-3998870.), filed by Survey Sampling International, LLC. (Attachments: # 1 Exhibit A)(Nealon, James) (Entered: 05/13/2016) |
| 05/13/2016 |   | Request for Clerk to issue summons as to Richard Odello. (Nealon, James) (Entered: 05/13/2016) |
| 05/13/2016 | 3 | Corporate Disclosure Statement by Survey Sampling International, LLC. (Nealon, James) (Entered: 05/13/2016) |
| 05/13/2016 |   | Judge Janet C. Hall added. (Oliver, T.) (Entered: 05/16/2016) |
| 05/13/2016 | 7 | Order on Pretrial Deadlines: Motions to Dismiss due on 8/13/2016. Amended Pleadings due by 7/12/2016 Discovery due by 11/12/2016 Dispositive Motions due by 12/12/2016<br>Signed by Clerk on 5/13/2016.(Anastasio, F.) (Entered: 05/17/2016) |
| 05/13/2016 | 8 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet C. Hall on 5/13/2016.(Anastasio, F.) (Entered: 05/17/2016) |
| 05/13/2016 | 9 | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet C. Hall on 5/13/2016.(Anastasio, F.) (Entered: 05/17/2016) |
| 05/13/2016 | 10 | Standing Order re: Discovery<br>Signed by Judge Janet C. Hall on 5/13/2016.(Anastasio, F.) (Entered: 05/17/2016) |
| 05/15/2016 | 4 | AMENDED COMPLAINT against Richard Odello filed by Survey Sampling International, LLC. (Attachments: # 1 Exhibit A)(Nealon, James) Modified to edit text on 5/16/2016 (Basha, D.). (Entered: 05/15/2016) |
| 05/16/2016 | 5 | NOTICE by Survey Sampling International, LLC re 1 Emergency MOTION for Temporary Restraining Order *and for Preliminary Injunction to Defendant* (Attachments: # 1 Exhibit A)(Nealon, James) (Entered: 05/16/2016) |
| 05/16/2016 | 6 | MOTION for Attorney(s) Dawn Mertineit, Robert Millagan, Eric Barton to be Admitted Pro Hac Vice (paid $225 PHV fee; receipt number 0205-4000129) by Survey Sampling International, LLC. (Attachments: # 1 Affidavit of Eric Barton, Esq., # 2 Affidavit of Dawn Mertineit, Esq., # 3 Affidavit of Robert Milligan, Esq.) (Nealon, James) (Entered: 05/16/2016) |
| 05/17/2016 | 11 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 10 Standing Order re: |



45

| | | |
|---|---|---|
| | | Discovery, 5 Notice (Other) filed by Survey Sampling International, LLC, 9 Standing Protective Order, 2 Complaint filed by Survey Sampling International, LLC, 4 Amended Complaint filed by Survey Sampling International, LLC, 1 Emergency MOTION for Temporary Restraining Order filed by Survey Sampling International, LLC, 6 MOTION for Attorney(s) Dawn Mertineit, Robert Millagan, Eric Barton to be Admitted Pro Hac Vice (paid $225 PHV fee; receipt number 0205-4000129) filed by Survey Sampling International, LLC, 8 Electronic Filing Order, 3 Corporate Disclosure Statement filed by Survey Sampling International, LLC, 7 Order on Pretrial Deadlines Signed by Clerk on 5/17/2016.(Anastasio, F.) (Entered: 05/17/2016) |
| 05/17/2016 | 12 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Richard Odello* with answer to complaint due within *21* days. Attorney *James E. Nealon* *Withers Bergman, LLP* *660 Steamboat Road* *Greenwich, CT 06831*. (Anastasio, F.) (Entered: 05/17/2016) |
| 05/17/2016 | 13 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Status Conference set for 5/19/2016 09:15 AM in Chambers Room 107, 141 Church St., New Haven, CT before Judge Janet C. Hall. Counsel are requested to participate in this conference, via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 773-2428. (McCalmont, V.) (Entered: 05/17/2016) |
| 05/18/2016 | 14 | NOTICE of Appearance by Glenn A. Duhl on behalf of Richard Odello (Duhl, Glenn) (Entered: 05/18/2016) |
| 05/18/2016 | 15 | ORDER denying without prejudice to renew for failure to comply with Local Rule 83.1(d)(1)(b) 6 Motion to Appear pro hac vice. SO ORDERED by Judge Janet C. Hall on 5/18/2016. (Lewis, D) (Entered: 05/18/2016) |
| 05/18/2016 | 16 | NOTICE of Appearance by Michael P. McGoldrick on behalf of Richard Odello (McGoldrick, Michael) (Entered: 05/18/2016) |
| 05/18/2016 | 17 | MOTION for Attorney(s) Ron S. Brand to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4003065) by Richard Odello. (Attachments: # 1 Affidavit)(Duhl, Glenn) (Entered: 05/18/2016) |
| 05/18/2016 | 18 | ORDER granting 17 Motion to Appear pro hac vice Certificate of Good Standing due by 7/17/2016. Signed by Clerk on 5/18/2016. (Lewis, D) (Entered: 05/18/2016) |
| 05/19/2016 | 19 | Minute Entry for proceedings held before Judge Janet C. Hall: Telephonic Status Conference held on 5/19/2016. As discussed on the record, the parties are ordered to file simultaneous briefs on the preliminary questions raised by the forum selection / choice of law clause on or before May 27, 2016 at 12:00 PM EST. The parties are also directed to reserve June 1, 2016 at 2:00 PM as a time for oral argument on these briefs. The court will formally schedule the oral argument by issuing a calendar for the aforementioned date and time only if necessary. Total time: 30 minutes. (Court Reporter Terri Fidanza.) (McCalmont, V.) (Entered: 05/19/2016) |
| 05/20/2016 | 20 | NOTICE of Appearance by Kellianne Baranowsky on behalf of Survey Sampling |



| | | |
|---|---|---|
| | | International, LLC (Baranowsky, Kellianne) (Entered: 05/20/2016) |
| 05/22/2016 | 21 | TRANSCRIPT of Proceedings: Type of Hearing: Telephonic Conference. Held on May 19, 2016 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/12/2016. Redacted Transcript Deadline set for 6/22/2016. Release of Transcript Restriction set for 8/20/2016. (Fidanza, T.) (Entered: 05/22/2016) |
| 05/24/2016 | 22 | CERTIFICATE OF GOOD STANDING re 17 MOTION for Attorney(s) Ron S. Brand to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4003065) by Richard Odello. (Duhl, Glenn) (Entered: 05/24/2016) |
| 05/24/2016 | 23 | NOTICE of Appearance by Ron S. Brand on behalf of Richard Odello (Brand, Ron) (Entered: 05/24/2016) |
| 05/25/2016 | 24 | NOTICE by Survey Sampling International, LLC *Notice of Removal of Related Action* (Baranowsky, Kellianne) (Entered: 05/25/2016) |
| 05/25/2016 | 25 | MOTION for Attorney(s) Robert Milligan, Dawn Mertineit and Eric Barton to be Admitted Pro Hac Vice by Survey Sampling International, LLC. (Attachments: # 1 Affidavit Declaration of Robert Milligan, # 2 Affidavit Declaration of Eric Barton, # 3 Affidavit Declaration of Dawn Mertineit)(Baranowsky, Kellianne) (Entered: 05/25/2016) |
| 05/25/2016 | 26 | ORDER granting 25 Motion to Appear Certificate of Good Standing due by 7/24/2016. Signed by Clerk on 5/25/2016. (Lewis, D) (Entered: 05/25/2016) |
| 05/27/2016 | 27 | NOTICE of Appearance by Dawn Mertineit on behalf of Survey Sampling International, LLC (Mertineit, Dawn) (Entered: 05/27/2016) |
| 05/27/2016 | 28 | Supplemental Memorandum in Support re 1 Emergency MOTION for Temporary Restraining Order *per Court's 5/19/16 order* filed by Survey Sampling International, LLC. (Mertineit, Dawn) (Entered: 05/27/2016) |
| 05/27/2016 | 29 | AFFIDAVIT re 28 Memorandum in Support of Motion *(Declaration)* Signed By Dawn Mertineit, Esq. filed by Survey Sampling International, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Mertineit, Dawn) (Entered: 05/27/2016) |
| 05/27/2016 | 30 | AFFIDAVIT re 28 Memorandum in Support of Motion *(Declaration)* Signed By Christine Cafferty filed by Survey Sampling International, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mertineit, Dawn) (Entered: 05/27/2016) |
| 05/27/2016 | 31 | AFFIDAVIT re 28 Memorandum in Support of Motion *(Declaration)* Signed By Jim Daxner filed by Survey Sampling International, LLC. (Mertineit, Dawn) |

| | | |
|---|---|---|
| | | (Entered: 05/27/2016) |
| 05/27/2016 | 32 | AFFIDAVIT re 28 Memorandum in Support of Motion *(Declaration)* Signed By Anne Malvicini filed by Survey Sampling International, LLC. (Mertineit, Dawn) (Entered: 05/27/2016) |
| 05/27/2016 | 33 | AFFIDAVIT re 28 Memorandum in Support of Motion *(Declaration)* Signed By Chris DeAngelis filed by Survey Sampling International, LLC. (Mertineit, Dawn) (Entered: 05/27/2016) |
| 05/27/2016 | 34 | Supplemental AFFIDAVIT re 28 Memorandum in Support of Motion *(Declaration)* Signed By Chris Fanning filed by Survey Sampling International, LLC. (Mertineit, Dawn) (Entered: 05/27/2016) |
| 05/27/2016 | 35 | AFFIDAVIT re 28 Memorandum in Support of Motion *(Declaration)* Signed By Lisa Dean filed by Survey Sampling International, LLC. (Mertineit, Dawn) (Entered: 05/27/2016) |
| 05/27/2016 | 36 | MOTION to Dismiss *or to Transfer* by Richard Odello.Responses due by 6/17/2016 (Duhl, Glenn) (Entered: 05/27/2016) |
| 05/27/2016 | 37 | Memorandum in Support re 36 MOTION to Dismiss *or to Transfer* filed by Richard Odello. (Attachments: # 1 Exhibit)(Duhl, Glenn) (Entered: 05/27/2016) |
| 05/27/2016 | 38 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Oral Argument set for 6/1/2016 02:00 PM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet C. Hall. (McCalmont, V.) (Entered: 05/27/2016) |
| 05/31/2016 | 39 | NOTICE of Appearance by Eric Barton on behalf of Survey Sampling International, LLC (Barton, Eric) (Entered: 05/31/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/31/2016 20:37:10 | | | |
| PACER Login: | ss1062:2640282:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:16-cv-00730-JCH |
| Billable Pages: | 4 | Cost: | 0.40 |